FILED
2018 Nov-19 PM 01:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AMIT JOSHI, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:18-cv-00634-KOB-TMP |
| SCOTT HASSELL, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondent's Motion to Dismiss as Moot, filed November 13, 2018. (Doc. 12). In the motion, Respondent notes Petitioner was released from ICE custody on November 13, 2018, pursuant to an Order of Supervision. (Doc. 12-1).

A review of the court record shows that on April 23, 2018, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to India. (Doc. 1). Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

The court will enter a separate Final Order.

DONE and ORDERED this 19th day of November, 2018.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE